SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>     vs.<br><br>Jeffrey M. Moorhead, et al,<br><br>         Defendants | Case No. **2:11-cv-02100-MCE-CKD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF JEFFREY M. MOORHEAD; THOMAS J. MOORHEAD**<br><br>Case to Remain Open as to Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendants Jeffrey M. Moorhead; Thomas J. Moorhead, are hereby dismissed, with Prejudice.  This case is to remain open as to the remaining Defendants.

Dated: September 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE