IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,                               CIV. NO. S-11-2100 MCE CKD

    vs.

JEFFREY M. MOORHEAD, et al.          ORDER

     Defendants.

        Pending before the court is plaintiff's motion for default judgment, filed on November 8, 2011 and noticed for hearing on January 18, 2012. (Dkt. No. 12.) On December 19, 2011, plaintiff filed a notice of settlement indicating that the parties have settled the action. (Dkt. No. 13.) In light of this representation, the court will vacate the hearing on plaintiff's motion for default judgment and deny the motion without prejudice as moot.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The January 18, 2012 hearing on plaintiff's motion for default judgment is vacated; and

/////

/////

/////

1

2. Plaintiff's motion for default judgment (dkt. no. 12) is denied without prejudice as moot.

Dated: December 29, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5
Moorhead.2100.vac.wpd